AO 91 (Rev. 11/11) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 23, 2021*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eduardo GARCIA | ) Case No. | 1:21-MJ-443 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 22, 2021___ in the county of ___Cameron___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 846 | knowingly and intentionally possess with intent to distribute 7.62 kilograms of cocaine, a Schedule II controlled substance and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 7.62 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Craig De Leon   Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1.

Date: *April 23, 2021* ~~04/22/2021~~

City and state: Brownsville, TX

_____
*Judge's signature*

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*

United States Courts
Southern District of Texas
FILED
April 23, 2021
Nathan Ochsner, Clerk of Court

1:21-MJ-443

## ATTACHMENT A

1. On April 22, 2021, Eduardo GARCIA entered the United States from Mexico via the vehicle lane at the Brownsville and Matamoros International Bridge in Brownsville, Texas. At the primary inspection lane, a U.S. Customs and Border Protection Officer noticed inconsistencies in GARCIA's statements and referred the vehicle for secondary inspection.

2. Further inspection of GARCIA's vehicle revealed ten bundles concealed within a non-factory compartment within the vehicle's frame. The ten bundles contained a white, powdery substance which field tested positive for the characteristics of cocaine with a total weight of 7.62 kilograms.

3. During his interview, GARCIA admitted to being recruited to smuggle cocaine from Mexico into the Unites States for financial gain. GARCIA admitted to being paid $3,000 to cross a vehicle into the United States from Mexico but claimed no knowledge of drugs being present in the vehicle on this trip. GARCIA was instructed to cross this vehicle as a test in furtherance of a conspiracy to smuggle narcotics and the next trip the vehicle would contain .5 kilograms of cocaine and GARCIA would be paid an additional $3,000.

4. Federal prosecution was accepted for Violation of 21 USC 841(a)(1) and 21 USC 846.

Craig De Leon, Special Agent
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on ~~April 22, 2021~~.
April 23, 2021.

Ignacio Torteya, III
United States Magistrate Judge
Southern District of Texas